*PASSEMENT vs. NORWOOD.*

APPEAL FROM THE COURT OF THE FIRST DISTRICT.

Where the verdict of the jury is not manifestly wrong, it will not be dis-
turbed

The facts are stated in the opinion of the court, deliver-
ed by

*Porter, J.*

This case turns entirely on questions of fact. A great
number of witnesses were examined on the trial; and the
testimony of some of them is contradictory. After an atten-
tive examination of the evidence, we have great difficulty in
saying whether the conclusions of the jury are those to
which we would come: but, at all events, the amount we
should consider due to the plaintiff, would not vary material-
ly from that established by the verdict; and under such cir-
cumstances we do not think the judgment below should be
disturbed.

Where the ver-
dict of the jury is
not manifestly
wrong, it will not
be disturbed.

It is therefore ordered, adjudged, and decreed, that the judgment of the District Court be affirmed with costs.